## Yundt v. Runk, Appellant.

*Appeals—Review—Case for jury—Charge.*

A judgment on a verdict for plaintiff on an appeal from a justice
of the peace in an action for wages will not be reversed by the Su-
perior Court where it appears that the disputed facts could only
be disposed of by a jury, and the charge of the trial judge was
adequate.

Argued Dec. 7, 1915.   Appeal, No. 294, Oct. T., 1914, by defendant, from judgment of C. P. Lehigh Co., June T., 1914, No. 64, on verdict for plaintiff in case of Henry M. Yundt v. Fred G. Runk.   Before RICE, P. J., ORLADY, HEAD, HENDERSON, KEPHART and TREXLER, JJ.   Affirmed.

Appeal from judgment of justice of the peace in an action for wages.   Before GROMAN, P. J.

Verdict and judgment for plaintiff for $175.   Defendant appealed.

*Error assigned* was that the charge was inadequate, and that court should not have submitted the case to the jury.

*Francis G. Lewis,* for appellant.

*Thomas F. Diefenderfer,* for appellee.

PER CURIAM, July 18, 1916:

The disputed facts in this case could be only disposed of by a jury.   The whole controversy was submitted in a clear and adequate charge, and the verdict returned is warranted by the evidence.   We see no such reversible error in the record, as would justify us in imposing on these litigants the additional expense of another trial.

The judgment is affirmed.